# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MONTANA

| | | |
|---|---|---|
| In re: BENNER, RYAN DWAYNE | § | Case No. 10-62461 |
| BENNER, BOBBIE JO | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH V. WOMACK, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00
*(without deducting any secured claims)*

Assets Exempt: $0.00

Total Distribution to Claimants: $3,124.17

Claims Discharged Without Payment: $25,329.86

Total Expenses of Administration: $1,754.73

3) Total gross receipts of $ 4,978.90 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 100.00 (see **Exhibit 2**), yielded net receipts of $4,878.90 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,754.73 | 1,754.73 | 1,754.73 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 27,048.07 | 10,563.85 | 10,563.85 | 3,124.17 |
| **TOTAL DISBURSEMENTS** | $27,048.07 | $12,318.58 | $12,318.58 | $4,878.90 |

4) This case was originally filed under Chapter 7 on October 13, 2010. The case was pending for 25 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/26/2012         By: /s/JOSEPH V. WOMACK
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2010 tax refunds | 1224-000 | 4,978.90 |
| **TOTAL GROSS RECEIPTS** | | **$4,978.90** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| RYAN & BOBBI JO BENNER | OVERPAYMENT | 8100-002 | 100.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$100.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | First Interstate Mortgage Service | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | High Peaks Federal Credit Union | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH V. WOMACK | 2100-000 | N/A | 1,219.73 | 1,219.73 | 1,219.73 |
| JOSEPH V. WOMACK | 2200-000 | N/A | 200.00 | 200.00 | 200.00 |
| US Bankruptcy Court | 2700-000 | N/A | 260.00 | 260.00 | 260.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,754.73 | $1,754.73 | $1,754.73 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FIRST INTERSTATE BANK | 7100-000 | 3,500.00 | 3,726.75 | 3,726.75 | 1,102.16 |
| 2 | B.H.C., INC. | 7100-000 | unknown | 507.02 | 507.02 | 149.95 |
| 3 | ROCKY MOUNTAIN SUPPLY INC. | 7100-000 | 1,700.00 | 1,735.74 | 1,735.74 | 513.33 |
| 4 | IMOC LUMBER, INC. | 7100-000 | 3,657.89 | 4,292.34 | 4,292.34 | 1,269.42 |
| 5 | BILLINGS CLINIC | 7100-000 | 300.00 | 302.00 | 302.00 | 89.31 |
| NOTFILED | First Interstate Bank | 7100-000 | 9,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Financial | 7100-000 | 4,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Montana Energy Alliance | 7100-000 | 846.72 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 1,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Jerry Wessels Tire Center | 7100-000 | 743.46 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $27,048.07 | $10,563.85 | $10,563.85 | $3,124.17 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-62461  
**Case Name:** BENNER, RYAN DWAYNE  
              BENNER, BOBBIE JO  
**Period Ending:** 10/26/12

**Trustee:** (460040) JOSEPH V. WOMACK  
**Filed (f) or Converted (c):** 10/13/10 (f)  
**§341(a) Meeting Date:** 11/29/10  
**Claims Bar Date:** 08/10/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2010 tax refunds (u)<br>Federal $6,255 State - $0 (78%) | 0.00 | 6,255.00 | | 4,978.90 | FA |
| 1 | **Assets**    **Totals** (Excluding unknown values) | **$0.00** | **$6,255.00** | | **$4,978.90** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     December 31, 2011     **Current Projected Date Of Final Report (TFR):**     June 29, 2012 (Actual)

Printed: 10/26/2012 10:27 AM     V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-62461 | | Trustee: | JOSEPH V. WOMACK (460040) |
|---|---|---|---|---|
| Case Name: | BENNER, RYAN DWAYNE | | Bank Name: | The Bank of New York Mellon |
| | BENNER, BOBBIE JO | | Account: | 9200-******66-65 - Checking Account |
| Taxpayer ID #: | **-***7836 | | Blanket Bond: | $67,349,494.00 (per case limit) |
| Period Ending: | 10/26/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/12/11 | {1} | Advantage Plus Federal Credit Union | 2010 tax refunds | 1224-000 | 100.00 | | 100.00 |
| 03/19/12 | {1} | Ryan & Bobbie Benner | 2010 tax refunds | 1224-000 | 4,878.90 | | 4,978.90 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,953.90 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,928.90 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,903.90 |
| 06/28/12 | 1001 | RYAN & BOBBI JO BENNER | OVERPAYMENT | 8100-002 | | 100.00 | 4,803.90 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,778.90 |
| 07/02/12 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -25.00 | 4,803.90 |
| 09/19/12 | 1002 | JOSEPH V. WOMACK | Dividend paid 100.00% on $1,219.73, Trustee Compensation; Reference: | 2100-000 | | 1,219.73 | 3,584.17 |
| 09/19/12 | 1003 | JOSEPH V. WOMACK | Dividend paid 100.00% on $200.00, Trustee Expenses; Reference: | 2200-000 | | 200.00 | 3,384.17 |
| 09/19/12 | 1004 | US Bankruptcy Court | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 260.00 | 3,124.17 |
| 09/19/12 | 1005 | FIRST INTERSTATE BANK | Dividend paid 29.57% on $3,726.75; Claim# 1; Filed: $3,726.75; Reference: | 7100-000 | | 1,102.16 | 2,022.01 |
| 09/19/12 | 1006 | B.H.C., INC. | Dividend paid 29.57% on $507.02; Claim# 2; Filed: $507.02; Reference: | 7100-000 | | 149.95 | 1,872.06 |
| 09/19/12 | 1007 | ROCKY MOUNTAIN SUPPLY INC. | Dividend paid 29.57% on $1,735.74; Claim# 3; Filed: $1,735.74; Reference: | 7100-000 | | 513.33 | 1,358.73 |
| 09/19/12 | 1008 | IMOC LUMBER, INC. | Dividend paid 29.57% on $4,292.34; Claim# 4; Filed: $4,292.34; Reference: | 7100-000 | | 1,269.42 | 89.31 |
| 09/19/12 | 1009 | BILLINGS CLINIC | Dividend paid 29.57% on $302.00; Claim# 5; Filed: $302.00; Reference: | 7100-000 | | 89.31 | 0.00 |
| | | | ACCOUNT TOTALS | | 4,978.90 | 4,978.90 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 4,978.90 | 4,978.90 | |
| | | | Less: Payments to Debtors | | | 100.00 | |
| | | | NET Receipts / Disbursements | | $4,978.90 | $4,878.90 | |

{} Asset reference(s)      Printed: 10/26/2012 10:27 AM    V.13.04

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 10-62461 | | **Trustee:** | JOSEPH V. WOMACK (460040) |
|---|---|---|---|---|
| **Case Name:** | BENNER, RYAN DWAYNE | | **Bank Name:** | The Bank of New York Mellon |
| | BENNER, BOBBIE JO | | **Account:** | 9200-******66-65 - Checking Account |
| **Taxpayer ID #:** | **-***7836 | | **Blanket Bond:** | $67,349,494.00   (per case limit) |
| **Period Ending:** | 10/26/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | |
| **Checking # 9200-******66-65** | | 4,978.90 | 4,878.90 | 0.00 |
| | | $4,978.90 | $4,878.90 | $0.00 |

{} Asset reference(s)                                                                                                    Printed: 10/26/2012 10:27 AM    V.13.04