UNITED STATES BANKRUPTCY COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| In re: | § | Case No. 10-62461-7 |
|---|---|---|
| | § | |
| RYAN DWAYNE BENNER | § | |
| BOBBIE JO BENNER | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Joseph V. Womack, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $0.00 |
| Total Distributions to Claimants: | $9,360.47 | Claims Discharged Without Payment: | $19,093.56 |
| Total Expenses of Administration: | $2,790.32 | | |

3) Total gross receipts of $12,250.79 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $100.00 (see **Exhibit 2),** yielded net receipts of $12,150.79 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $290,800.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $2,790.32 | $2,790.32 | $2,790.32 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $27,498.29 | $10,563.85 | $10,563.85 | $9,360.47 |
| **Total Disbursements** | $318,298.29 | $13,354.17 | $13,354.17 | $12,150.79 |

4). This case was originally filed under chapter 7 on 10/13/2010. The case was pending for 124 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/09/2021      By: /s/ Joseph V. Womack
                                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2010 tax refunds | 1224-000 | $4,978.90 |
| WF CPI Refund | 1229-000 | $7,271.89 |
| **TOTAL GROSS RECEIPTS** | | $12,250.79 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| RYAN & BOBBI JO BENNER | Exemptions | 8100-002 | $100.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $100.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | First Interstate Mortgage Service | 4110-000 | $283,000.00 | $0.00 | $0.00 | $0.00 |
| NOTFILED | High Peaks Federal Credit Union | 4210-000 | $7,800.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $290,800.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH V. WOMACK, Trustee | 2100-000 | NA | $1,965.08 | $1,965.08 | $1,965.08 |
| JOSEPH V. WOMACK, Trustee | 2200-000 | NA | $200.00 | $200.00 | $200.00 |
| Independent Bank | 2600-000 | NA | $30.24 | $30.24 | $30.24 |
| The Bank of New York Mellon | 2600-000 | NA | $75.00 | $75.00 | $75.00 |
| U.S. Bankruptcy Court | 2700-000 | NA | $260.00 | $260.00 | $260.00 |
| US Bankruptcy Court | 2700-000 | NA | $260.00 | $260.00 | $260.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND** | | NA | $2,790.32 | $2,790.32 | $2,790.32 |

UST Form 101-7-TDR (10/1/2010)

| CHARGES |
|---|

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FIRST INTERSTATE BANK | 7100-000 | $3,500.00 | $3,726.75 | $3,726.75 | $3,302.22 |
| 2 | B.H.C., INC. | 7100-000 | $450.22 | $507.02 | $507.02 | $449.26 |
| 3 | ROCKY MOUNTAIN SUPPLY INC. | 7100-000 | $1,700.00 | $1,735.74 | $1,735.74 | $1,538.01 |
| 4 | IMOC LUMBER, INC. | 7100-000 | $3,657.89 | $4,292.34 | $4,292.34 | $3,803.38 |
| 5 | BILLINGS CLINIC | 7100-000 | $300.00 | $302.00 | $302.00 | $267.60 |
| NOTFILED | Capital One | 7100-000 | $1,500.00 | $0.00 | $0.00 | $0.00 |
| NOTFILED | Capital One | 7100-000 | $1,300.00 | $0.00 | $0.00 | $0.00 |
| NOTFILED | First Interstate Bank | 7100-000 | $9,000.00 | $0.00 | $0.00 | $0.00 |
| NOTFILED | Jerry Wessels Tire Center | 7100-000 | $743.46 | $0.00 | $0.00 | $0.00 |
| NOTFILED | Montana Energy Alliance | 7100-000 | $846.72 | $0.00 | $0.00 | $0.00 |
| NOTFILED | Wells Fargo Financial | 7100-000 | $4,500.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $27,498.29 | $10,563.85 | $10,563.85 | $9,360.47 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1  Exhibit 8

| Case No.: | 10-62461-RBK | Trustee Name: | Joseph V. Womack |
|---|---|---|---|
| Case Name: | BENNER, RYAN DWAYNE AND BENNER, BOBBIE JO | Date Filed (f) or Converted (c): | 10/13/2010 (f) |
| For the Period Ending: | 2/9/2021 | §341(a) Meeting Date: | 11/29/2010 |
| | | Claims Bar Date: | 08/10/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  2010 tax refunds    (u) | $0.00 | $6,255.00 | | $4,978.90 | FA |
| **Asset Notes:**  Federal $6,255 State - $0 (78%) | | | | | |
| 2  WF CPI Refund    (u) | $0.00 | $7,271.89 | | $7,271.89 | FA |
| **TOTALS (Excluding unknown value)** | $0.00 | $13,526.89 | | $12,250.79 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**

| 01/04/2021 | Mailed distribution checks to creditors. ts |
| 01/04/2021 | Checks cut - waiting for checks to clear to do TDR mw |
| 12/10/2020 | Filed NFR & FA w/Court; waiting for approval to cut checks mw |
| 11/13/2020 | TFR to USTP mw |
| 08/12/2020 | Filed Motion to Reopen Case. ts |
| | 10/31/12 TDR to Great Falls kw |

**Initial Projected Date Of Final Report (TFR):** 12/31/2011     **Current Projected Date Of Final Report (TFR):** 06/29/2012     /s/ JOSEPH V. WOMACK

JOSEPH V. WOMACK

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-62461-RBK | | Trustee Name: | Joseph V. Womack |
|---|---|---|---|---|
| Case Name: | BENNER, RYAN DWAYNE AND BENNER, BOBBIE JO | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***7836 | | Checking Acct #: | ******6665 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 10/13/2010 | | Blanket bond (per case limit): | $59,128,572.00 |
| For Period Ending: | 2/9/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/12/2011 | (1) | Advantage Plus Federal Credit Union | 2010 tax refunds | 1224-000 | $100.00 | | $100.00 |
| 03/19/2012 | (1) | Ryan & Bobbie Benner | 2010 tax refunds | 1224-000 | $4,878.90 | | $4,978.90 |
| 03/30/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $4,953.90 |
| 04/30/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $4,928.90 |
| 05/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $4,903.90 |
| 06/28/2012 | 1001 | RYAN & BOBBI JO BENNER | OVERPAYMENT | 8100-002 | | $100.00 | $4,803.90 |
| 06/29/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $4,778.90 |
| 07/02/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | ($25.00) | $4,803.90 |
| 09/19/2012 | 1002 | JOSEPH V. WOMACK | Dividend paid 100.00% on $1,219.73, Trustee Compensation;  Reference: | 2100-000 | | $1,219.73 | $3,584.17 |
| 09/19/2012 | 1003 | JOSEPH V. WOMACK | Dividend paid 100.00% on $200.00, Trustee Expenses; Reference: | 2200-000 | | $200.00 | $3,384.17 |
| 09/19/2012 | 1004 | US Bankruptcy Court | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | $260.00 | $3,124.17 |
| 09/19/2012 | 1005 | FIRST INTERSTATE BANK | Dividend paid  29.57% on $3,726.75; Claim# 1; Filed: $3,726.75; Reference: | 7100-000 | | $1,102.16 | $2,022.01 |
| 09/19/2012 | 1006 | B.H.C., INC. | Dividend paid  29.57% on $507.02; Claim# 2; Filed: $507.02; Reference: | 7100-000 | | $149.95 | $1,872.06 |
| 09/19/2012 | 1007 | ROCKY MOUNTAIN SUPPLY INC. | Dividend paid  29.57% on $1,735.74; Claim# 3; Filed: $1,735.74; Reference: | 7100-000 | | $513.33 | $1,358.73 |
| 09/19/2012 | 1008 | IMOC LUMBER, INC. | Dividend paid  29.57% on $4,292.34; Claim# 4; Filed: $4,292.34; Reference: | 7100-000 | | $1,269.42 | $89.31 |
| 09/19/2012 | 1009 | BILLINGS CLINIC | Dividend paid  29.57% on $302.00; Claim# 5; Filed: $302.00; Reference: | 7100-000 | | $89.31 | $0.00 |

**SUBTOTALS**   $4,978.90   $4,978.90

FORM 2

Page No: 2    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-62461-RBK | Trustee Name: | Joseph V. Womack |
|---|---|---|---|
| Case Name: | BENNER, RYAN DWAYNE AND BENNER, BOBBIE JO | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***7836 | Checking Acct #: | ******6665 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 10/13/2010 | Blanket bond (per case limit): | $59,128,572.00 |
| For Period Ending: | 2/9/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|
| | | | TOTALS: | | $4,978.90 | $4,978.90 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $4,978.90 | $4,978.90 | |
| | | | Less: Payments to debtors | | $0.00 | $100.00 | |
| | | | Net | | $4,978.90 | $4,878.90 | |

| For the period of 10/13/2010 to 2/9/2021 | | For the entire history of the account between 09/12/2011 to 2/9/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,978.90 | Total Compensable Receipts: | $4,978.90 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,978.90 | Total Comp/Non Comp Receipts: | $4,978.90 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,878.90 | Total Compensable Disbursements: | $4,878.90 |
| Total Non-Compensable Disbursements: | $100.00 | Total Non-Compensable Disbursements: | $100.00 |
| Total Comp/Non Comp Disbursements: | $4,978.90 | Total Comp/Non Comp Disbursements: | $4,978.90 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-62461-RBK | | Trustee Name: | Joseph V. Womack |
|---|---|---|---|---|
| Case Name: | BENNER, RYAN DWAYNE AND BENNER, BOBBIE JO | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***7836 | | Checking Acct #: | ******2461 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/13/2010 | | Blanket bond (per case limit): | $59,128,572.00 |
| For Period Ending: | 2/9/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/06/2020 | (2) | Wells Fargo Auto | CPI Payment for 2001 Ford Expedition | 1229-000 | $7,271.89 | | $7,271.89 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $9.08 | $7,262.81 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $10.59 | $7,252.22 |
| 10/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $10.57 | $7,241.65 |
| 01/04/2021 | 1001 | JOSEPH V. WOMACK | Trustee Compensation | 2100-000 | | $745.35 | $6,496.30 |
| 01/04/2021 | 1002 | U.S. Bankruptcy Court | Claim #: ; Distribution Dividend: 100.00%; Amount Claimed: $260.00; Amount Allowed: $260.00; | 2700-000 | | $260.00 | $6,236.30 |
| 01/04/2021 | 1003 | FIRST INTERSTATE BANK | Claim #: 1; Distribution Dividend: 88.61%; Amount Claimed: $3,726.75; Amount Allowed: $3,726.75; | 7100-000 | | $2,200.06 | $4,036.24 |
| 01/04/2021 | 1004 | B.H.C., INC. | Claim #: 2; Distribution Dividend: 88.61%; Amount Claimed: $507.02; Amount Allowed: $507.02; | 7100-000 | | $299.31 | $3,736.93 |
| 01/04/2021 | 1005 | ROCKY MOUNTAIN SUPPLY INC. | Claim #: 3; Distribution Dividend: 88.61%; Amount Claimed: $1,735.74; Amount Allowed: $1,735.74; | 7100-000 | | $1,024.68 | $2,712.25 |
| 01/04/2021 | 1006 | IMOC LUMBER, INC. | Claim #: 4; Distribution Dividend: 88.61%; Amount Claimed: $4,292.34; Amount Allowed: $4,292.34; | 7100-000 | | $2,533.96 | $178.29 |
| 01/04/2021 | 1007 | BILLINGS CLINIC | Claim #: 5; Distribution Dividend: 88.61%; Amount Claimed: $302.00; Amount Allowed: $302.00; | 7100-000 | | $178.29 | $0.00 |

| | | | | SUBTOTALS | $7,271.89 | $7,271.89 | |

**FORM 2**

Page No: 4  Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-62461-RBK | Trustee Name: | Joseph V. Womack |
|---|---|---|---|
| Case Name: | BENNER, RYAN DWAYNE AND BENNER, BOBBIE JO | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***7836 | Checking Acct #: | ******2461 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/13/2010 | Blanket bond (per case limit): | $59,128,572.00 |
| For Period Ending: | 2/9/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $7,271.89 | $7,271.89 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $7,271.89 | $7,271.89 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $7,271.89 | $7,271.89 | |

**For the period of 10/13/2010 to 2/9/2021**

| | |
|---|---|
| Total Compensable Receipts: | $7,271.89 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,271.89 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,271.89 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,271.89 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/06/2020 to 2/9/2021**

| | |
|---|---|
| Total Compensable Receipts: | $7,271.89 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,271.89 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,271.89 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,271.89 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-62461-RBK | | Trustee Name: | Joseph V. Womack |
|---|---|---|---|---|
| Case Name: | BENNER, RYAN DWAYNE AND BENNER, BOBBIE JO | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***7836 | | Checking Acct #: | ******2461 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/13/2010 | | Blanket bond (per case limit): | $59,128,572.00 |
| For Period Ending: | 2/9/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $12,250.79 | $12,250.79 | $0.00 |

**For the period of 10/13/2010 to 2/9/2021**

| | |
|---|---|
| Total Compensable Receipts: | $12,250.79 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,250.79 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $12,150.79 |
| Total Non-Compensable Disbursements: | $100.00 |
| Total Comp/Non Comp Disbursements: | $12,250.79 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/13/2010 to 2/9/2021**

| | |
|---|---|
| Total Compensable Receipts: | $12,250.79 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,250.79 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $12,150.79 |
| Total Non-Compensable Disbursements: | $100.00 |
| Total Comp/Non Comp Disbursements: | $12,250.79 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ JOSEPH V. WOMACK

JOSEPH V. WOMACK